FILED
CLERK, U.S. DISTRICT COURT

December 9, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| J&J COMPLIANCE SERVICES, INC., a Michigan corporation; and PAYQWICK OF MICHIGAN, LLC, a Michigan limited liability company,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAYQWICK, INC., a Delaware corporation; KENNETH BERKE, an individual; KEITH MARKS, an individual; ALBERT ACEVEDO, an individual; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | **CASE NO. 2:20-cv-05976-SB-JPR**<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS**<br><br>The Hon. Stanley Blumenfeld Jr. and Magistrate Judge Jean P. Rosenbluth |

## **ORDER**

Having considered the Parties' Joint Stipulation to Arbitrate Claims, and good cause appearing, the Court hereby ORDERS as follows:

1. This action is dismissed without prejudice, with each party bearing its own costs; and
2. The terms of the parties' Joint Stipulation to Arbitrate Claims are incorporated herein.

**IT IS SO ORDERED**.

DATED:  December 9, 2020

_____
HON. STANLEY BLUMENFELD, JR.
Judge of the United States District Court